# EXHIBIT D

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2015 | 0.4 | RSG | Telephone call Glen Merendino | 395.00 | 158.00 |
| 2/2/2015 | 0.7 | RSG | Conference call with Pat and Glen; email exchange | 395.00 | 276.50 |
| 2/3/2015 | 0.6 | RSG | Telephone call Glen Merendino; email exchange | 395.00 | 237.00 |
| 2/11/2015 | 0.5 | RSG | Telephone call Glen Merendino | 395.00 | 197.50 |
| 2/13/2015 | 0.3 | RSG | Email exchange. | 395.00 | 118.50 |
| 2/15/2015 | 0.3 | RSG | Telephone call Glen Merendino | 395.00 | 118.50 |
| 2/16/2015 | 0.4 | RSG | Telephone call Glen Merendino | 395.00 | 158.00 |
| 2/20/2015 | 0.5 | RSG | Telephone calls Glen Merendino | 395.00 | 197.50 |
| 2/23/2015 | 1 | RSG | Telephone call, Email exchange Randolph Hudson - Formation of Osceola Gold | 395.00 | 395.00 |
| 2/24/2015 | 1.1 | RSG | Telephone call, Email exchange Randolph Hudson - Formation of Osceola Gold | 395.00 | 434.50 |
| 2/25/2015 | 0.7 | RSG | Telephone call, texts Glen Merendino | 395.00 | 276.50 |
| 2/26/2015 | 0.4 | RSG | texts Glen Merendino | 395.00 | 158.00 |
| 2/27/2015 | 0.8 | RSG | Telephone call, texts Glen Merendino | 395.00 | 316.00 |
| 2/28/2015 | 0.5 | RSG | Telephone call, texts Glen Merendino | 395.00 | 197.50 |
| 3/2/2015 | 0.2 | RSG | Telephone call Glen Merendino | 395.00 | 79.00 |
| 3/3/2015 | 0.9 | RSG | Telephone call Glen Merendino; telephone calls Randolph Hudson | 395.00 | 355.50 |
| 3/4/2015 | 0.5 | RSG | Telephone calls Randolph Hudson, Email exchange | 395.00 | 197.50 |
| 3/6/2015 | 0.4 | RSG | Text exchange with Glen Merendino | 395.00 | 158.00 |
| 3/8/2015 | 0.6 | RSG | text exchange with Glen Merendino, Telephone call with Randolph Hudson | 395.00 | 237.00 |
| 3/9/2015 | 0.6 | RSG | text exchange with Glen Merendino, Telephone call with Randolph Hudson | 395.00 | 237.00 |
| 3/12/2015 | 0.4 | RSG | Telephone call with Randolph Hudson | 395.00 | 158.00 |
| 3/17/2015 | 0.8 | RSG | Telephone call with Glen Merendino, email exchange with Pat | 395.00 | 316.00 |
| 3/20/2015 | 0.3 | RSG | Text exchange with Glen Merendino | 395.00 | 118.50 |
| 3/24/2015 | 0.7 | RSG | Telephone call Glen Merendino, Randolph Hudson, Carl Duncan | 395.00 | 276.50 |
| 3/26/2015 | 1 | RSG | Telephone call Glen Merendino, email exchange | 395.00 | 395.00 |
| 3/27/2015 | 4.3 | RSG | Conference at O'Hare airport; email exchanges; telephone call Glen Merendino, email exchange | 395.00 | 1,698.50 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Page 1

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 3/28/2015 | 0.5 | RSG | Email exchange with Chris | 395.00 | 197.50 |
| 3/29/2015 | 0.6 | RSG | Email exchange with Chris | 395.00 | 237.00 |
| 3/30/2015 | 0.5 | RSG | Email exchange with Chris | 395.00 | 197.50 |
| 4/6/2015 | 1.1 | RSG | Telephone calls Glen Merendino, Chris and Pat, Randolph Hudson | 395.00 | 434.50 |
| 4/7/2015 | 4.8 | RSG | Telephone calls Glen Merendino, Chris and Pat, Bob, CEO of USDC, Randolph Hudson; Research and analysis | 395.00 | 1,896.00 |
| 4/8/2015 | 2.8 | RSG | Telephone calls Glen Merendino, Chris and Pat, Randolph Hudson; Research and analysis | 395.00 | 1,106.00 |
| 4/9/2015 | 1.8 | RSG | Telephone calls Glen Merendino, Chris and Pat, Randolph Hudson; Research and analysis | 395.00 | 711.00 |
| 4/10/2015 | 1.9 | RSG | Numerous telephone calls with Randolph Hudson and Michael Grande; | 395.00 | 750.50 |
| 4/11/2015 | 4.5 | RSG | Numerous telephone calls with Randolph Hudson and Michael Grande; telephone call Chris | 395.00 | 1,777.50 |
| 4/12/2015 | 2.4 | RSG | Numerous telephone calls with Randolph Hudson and Michael Grande; telephone call Chris; Conference call with Chris Pat and Glen | 395.00 | 948.00 |
| 4/13/2015 | 1.9 | RSG | Telephone call with Randolph Hudson and Michael Grande; telephone call Chris; Conference call with Chris Pat and Glen | 395.00 | 750.50 |
| 4/14/2015 | 2.4 | RSG | Telephone call with Randolph Hudson and Michael Grande; telephone call Chris; Conference call with Chris Pat and Glen | 395.00 | 948.00 |
| 4/15/2015 | 1.8 | RSG | telephone call with Randolph Hudson and Michael Grande; telephone call Chris; Conference call with Chris Pat and Glen; Email exchange | 395.00 | 711.00 |
| 4/16/2015 | 0.7 | RSG | Email exchange; telephone call with Randolph Hudson and Michael Grande; telephone call Chris | 395.00 | 276.50 |
| 4/17/2015 | 0.9 | RSG | Email exchange; telephone call with Randolph Hudson and Michael Grande; telephone call Chris | 395.00 | 355.50 |
| 4/18/2015 | 2 | RSG | Preparation of definitive stock purchase agreement and spreadsheet for structure of capitalization | 395.00 | 790.00 |
| 4/19/2015 | 5.6 | RSG | Telephone Chris, conference call; telephone call Randolph Hudson; Preparation of definitive stock purchase agreement and spreadsheet for structure of capitalization, Email exchange | 395.00 | 2,212.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/20/2015 | 4.1 | RSG | Email exchanges; telephone call Randolph Hudson; preparation of forms of investment documents – stock purchase agreement, convertible promissory note; warrant agreement | 395.00 | 1,619.50 |
| 4/21/2015 | 1.8 | RSG | Email exchanges; telephone call Randolph Hudson; preparation of forms of investment documents – stock purchase agreement, convertible promissory note; warrant agreement | 395.00 | 711.00 |
| 4/22/2015 | 3.2 | RSG | Email exchanges; telephone call Randolph Hudson; preparation of stock purchase agreement for control block acquisition; Conference call with principals | 395.00 | 1,264.00 |
| 4/23/2015 | 0.5 | RSG | preparation of stock purchase agreement for control block acquisition; Telephone call Randolph Hudson | 395.00 | 197.50 |
| 4/24/2015 | 1.8 | RSG | Telephone call Chris; preparation of stock purchase agreement for control block acquisition; Telephone call Randolph Hudson | 395.00 | 711.00 |
| 4/25/2015 | 1.1 | RSG | Preparation of stock purchase agreement for control block acquisition; | 395.00 | 434.50 |
| 4/26/2015 | 1 | RSG | Rework of spreadsheet for capital structure | 395.00 | 395.00 |
| 4/28/2015 | 3.5 | RSG | Telephone calls, Chris and Glen Merendino; Rework of spreadsheet for capital structure; Preparation of Mining Rights/Stock Purchase Agreement Incident to Reorganization | 395.00 | 1,382.50 |
| 4/29/2015 | 1.8 | RSG | Telephone calls, Chris and Glen Merendino and redraft of Mining Rights/Stock Purchase Agreement Incident to Reorganization | 395.00 | 711.00 |
| 4/30/2015 | 2.4 | RSG | Preparation of letter of intent; numerous telephone calls to Chris and to Randolph Hudson | 395.00 | 948.00 |
| 5/1/2015 | 0.6 | RSG | Telephone calls to Chris and to Randolph Hudson | 395.00 | 237.00 |
| 5/3/2015 | 1.1 | RSG | Suite of Services/Funding /Rental Agreement; Conference call | 395.00 | 434.50 |
| 5/4/2015 | 1.3 | RSG | Telephone calls with Chris and Randolph Hudson; email exchanges | 395.00 | 513.50 |
| 5/5/2015 | 1.8 | RSG | Telephone calls with Chris, Pat and Randolph Hudson; email exchanges | 395.00 | 711.00 |
| 5/7/2015 | 2.1 | RSG | Telephone calls with Chris, Pat and Randolph Hudson; email exchanges | 395.00 | 829.50 |

| Total |
|---|
| Payments/Credits |
| Balance Due |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/8/2015 | 4.2 | RSG | Telephone calls with Chris, Pat and Randolph Hudson; email exchanges; Revision of stock purchase agreement, including addition of acknowledgment and Exhibit references | 395.00 | 1,659.00 |
| 5/10/2015 | 0.6 | RSG | Telephone calls Randolph Hudson, Chris | 395.00 | 237.00 |
| 5/11/2015 | 2.4 | RSG | Preparation of preliminary investor communications; Telephone calls Randolph Hudson, Chris; Email response to attorney for investor | 395.00 | 948.00 |
| 5/12/2015 | 3.8 | RSG | Preparation of contracts for investor, telephone calls with Chris; telephone call with investor's attorney; email exchange | 395.00 | 1,501.00 |
| 5/13/2015 | 1.7 | RSG | Email exchange, Numerous telephone calls with Chris and Pat; telephone call with Randolph Hudson, Carl Duncan; review calculations on spreadsheet | 395.00 | 671.50 |
| 5/14/2015 | 2 | RSG | Preparation of contracts for investor; telephone calls with Chris; telephone call investor's attorney; email exchange | 395.00 | 790.00 |
| 5/16/2015 | 0.4 | RSG | Email Chris | 395.00 | 158.00 |
| 5/17/2015 | 2.8 | RSG | Telephone call with Pat; Conference call; Preparation of contract with changes and preparing redlined versions | 395.00 | 1,106.00 |
| 5/18/2015 | 3.2 | RSG | Preparation of warrant agreements; review redraft of 27,000,000 share purchase and transmission of same to client; telephone calls with Chris and telephone call to Jonathan Callister | 395.00 | 1,264.00 |
| 5/19/2015 | 1.8 | RSG | Email exchange, Review documents; telephone call with Mr. Callister; telephone calls with Chris | 395.00 | 711.00 |
| 5/21/2015 | 0.4 | RSG | Email exchange; telephone call with Chris | 395.00 | 158.00 |
| 5/22/2015 | 0.8 | RSG | Email exchange; telephone call with Chris; Telephone calls with Randolph Hudson | 395.00 | 316.00 |
| 5/23/2015 | 0.8 | RSG | Email exchange; telephone call with Chris; Telephone call with Randolph Hudson | 395.00 | 316.00 |
| 5/26/2015 | 0.9 | RSG | Email exchanges; telephone call with Chris | 395.00 | 355.50 |
| 5/27/2015 | 1.5 | RSG | Email exchanges, telephone calls with Chris, STA | 395.00 | 592.50 |
| 5/28/2015 | 2.1 | RSG | Email exchanges; telephone calls with Chris, Pat and The stock transfer agents | 395.00 | 829.50 |

| Total |
|---|
| Payments/Credits |
| **Balance Due** |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| | Due Date |
|---|---|
| | 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/29/2015 | 3.9 | RSG | Email exchanges; telephone calls With Chris, Pat and The stock transfer agents | 395.00 | 1,540.50 |
| 5/30/2015 | 1 | RSG | Email exchanges; telephone calls With Chris and The stock transfer agents | 395.00 | 395.00 |
| 5/31/2015 | 0.4 | RSG | Email exchange | 395.00 | 158.00 |
| 6/1/2015 | 1.8 | RSG | Telephone calls, Carl Duncan, Chris, Randolph Hudson | 395.00 | 711.00 |
| 6/2/2015 | 2.8 | RSG | Telephone calls emails with Pat, Chris, Randolph Hudson, stock transfer agent and Justeene Blankenship | 395.00 | 1,106.00 |
| 6/3/2015 | 4.5 | RSG | Telephone calls emails with Pat, Chris, Randolph Hudson, stock transfer agent; Preparation of stock purchase agreements; Email exchanges with new stock transfer agent | 395.00 | 1,777.50 |
| 6/4/2015 | 5.8 | RSG | Email exchanges with new stock transfer agent; Preparation of stock purchase Exchange agreements, and warrant agreement; Telephone calls emails with Pat, Chris, Randolph Hudson; Revised proposed press release | 395.00 | 2,291.00 |
| 6/5/2015 | 2.9 | RSG | Email exchanges with new stock transfer agent; Telephone calls emails with Pat, Chris, Randolph Hudson. | 395.00 | 1,145.50 |
| 6/6/2015 | 3.2 | RSG | Telephone calls Randolph Hudson, Michael Grande, Chris and Pat; email exchanges regarding the completion of the project | 395.00 | 1,264.00 |
| 6/7/2015 | 2.7 | RSG | Telephone calls with Chris; email exchanges | 395.00 | 1,066.50 |
| 6/8/2015 | 4.2 | RSG | Telephone calls with stock transfer agent; numerous telephone calls with Chris; email exchanges with Randolph Hudson and Chris, telephone calls with FINRA; Attempting to rework spreadsheet of shareholders | 395.00 | 1,659.00 |
| 6/9/2015 | 5.4 | RSG | Telephone calls with stock transfer agent, numerous telephone calls with Chris; email exchanges with Randolph Hudson and Chris; telephone calls with FINRA; Attempting to rework spreadsheet of shareholders; Telephone calls with Todd Costello and Steve Durland regarding shareholder list transformation | 395.00 | 2,133.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/10/2015 | 5.3 | RSG | David Rumbold Purchase, exchange Agreement; Share issuance resolution; Telephone call with stock transfer agent; numerous telephone calls with Chris; email exchanges with Chris; telephone calls email exchanges with Steve Durland regarding shareholder list transformation | 395.00 | 2,093.50 |
| 6/11/2015 | 4.8 | RSG | Share issuance resolution; numerous telephone calls with Chris; email exchanges with Chris; telephone calls email exchanges with Steve Durland regarding shareholder list transformation | 395.00 | 1,896.00 |
| 6/12/2015 | 6.1 | RSG | Numerous telephone calls with Chris and Pat; telephone calls with OTC markets; email exchanges with OTC markets, Randolph Hudson; telephone call with Dennis Atkins regarding Mission Mining | 395.00 | 2,409.50 |
| 6/13/2015 | 5.4 | RSG | Numerous telephone calls with Chris and Pat; email from Randolph Hudson; telephone call with Dennis Atkins regarding Mission Mining; Telephone calls and conference call with Bob Hughes | 395.00 | 2,133.00 |
| 6/14/2015 | 3.8 | RSG | Telephone calls with Bob Hughes, Pat and Chris; Telephone call with Dennis Atkins; Conference call Pat and Chris; review mission mining's filings on OTCMarkets; Preparation of purchase agreement | 395.00 | 1,501.00 |
| 6/15/2015 | 4.6 | RSG | Telephone calls with Bob Hughes, Pat and Chris; Telephone call with Dennis Atkins, Conference call Pat and Chris; Preparation of purchase agreement | 395.00 | 1,817.00 |
| 6/16/2015 | 4.7 | RSG | Telephone calls with Pat and Chris, Glen Merendino; Telephone call with Dennis Atkins, Conference call Pat and Chris; Preparation of purchase agreement, Various emails to prospective public company candidates | 395.00 | 1,856.50 |
| 6/17/2015 | 4.2 | RSG | Telephone calls with Pat and Chris, Glen Merendino; Conference calls Pat and Chris; Various emails to prospective public company candidates; Telephone call Ross Ewuniak | 395.00 | 1,659.00 |
| 6/18/2015 | 3.5 | RSG | Telephone calls with Pat and Chris, Glen Merendino; Various emails to prospective public company candidates; Telephone calls Ross Ewuniak, Randall Lanham, Glen Merendino, Dennis Atkins | 395.00 | 1,382.50 |

| Total |
|---|
| Payments/Credits |
| **Balance Due** |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/19/2015 | 2.4 | RSG | Telephone calls with Pat and Chris, Glen Merendino; Various emails to prospective public company candidates; Telephone calls Ross Ewuniak, Dennis Atkins | 395.00 | 948.00 |
| 6/20/2015 | 2.9 | RSG | Telephone calls with Pat and Chris, Glen Merendino; Various emails. Telephone calls to prospective public company candidates; Telephone calls Ross Ewuniak, Dennis Atkins | 395.00 | 1,145.50 |
| 6/21/2015 | 2.8 | RSG | Conference call with Pat, Chris and Glen Merendino; Review emails; Telephone calls Randall Lanham and Ross Ewuniak and email explaining nature of transaction; telephone call Chris | 395.00 | 1,106.00 |
| 6/21/2015 | 3.5 | RSG | Response to FINRA, including exhibits, explanation, justification of corporate actions and history of corporate actions | 395.00 | 1,382.50 |
| 6/22/2015 | 1.5 | RSG | Telephone calls Pat, Chris, Ross Ewuniak, Randall Lanham; email exchanges with Randall Lanham and Rick Langley | 395.00 | 592.50 |
| 6/23/2015 | 2.6 | RSG | Telephone calls Pat, Chris, Ross Ewuniak, Randall Lanham, Glen Merendino; email exchanges with Randall Lanham and Rick Langley; conference call with Randall Lanham and Rick Langley | 395.00 | 1,027.00 |
| 6/24/2015 | 3.2 | RSG | Telephone calls Pat, Chris, Glen Merendino; email exchanges | 395.00 | 1,264.00 |
| 6/25/2015 | 5.5 | RSG | Telephone calls Pat, Chris, Glen Merendino; email exchanges ; Telephone calls with Dennis Atkins | 395.00 | 2,172.50 |
| 6/26/2015 | 4.9 | RSG | Telephone calls Pat, Chris, Glen Merendino; email exchanges; Telephone calls with Dennis Atkins; Telephone calls with Dennis Atkins, Robert Trnka, Sebastian Dufort and email exchanges | 395.00 | 1,935.50 |
| 6/27/2015 | 5.8 | RSG | Telephone calls Pat, Chris, Glen Merendino; email exchanges with Dennis Atkins. Preparation of Mining Rights/Stock Purchase Agreement Incident to Reorganizatio; Review capitalization structure of PhyHealth | 395.00 | 2,291.00 |
| 6/27/2015 | 0.2 | CND | Coordinate open issues and timing, exchange of multiple emails and phone calls with Mr. Goulding | 395.00 | 79.00 |
| 6/28/2015 | 7.4 | RSG | Preparation of Mining Rights/Stock Purchase Agreement Incident to Reorganization. Review capitalization structure of PhyHealth | 395.00 | 2,923.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Page 7

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2015 | 5.8 | RSG | Revisions to Mining Rights/Stock Purchase Agreement Incident to Reorganization; Review capitalization structure of PhyHealth; telephone calls Pat, Chris, Robert Trinka, Richard Goulding, Sebastian Dufort, stock transfer agent, OTCMarkets; Assembling documents and transmitting documents | 395.00 | 2,291.00 |
| 6/29/2015 | 0.3 | CND | Coordinate open issues and timing; exchange of multiple emails and phone calls with Mr. Goulding | 395.00 | 118.50 |
| 6/30/2015 | 3.7 | RSG | Review capitalization structure of PhyHealth; telephone calls Pat, Chris, Sebastian Dufort, stock transfer agent, OTCMarkets | 395.00 | 1,461.50 |
| 7/1/2015 | 2.8 | RSG | telephone calls Pat, Chris, Sebastian Dufort, stock transfer agent; Revision of OTCMarkets website input | 395.00 | 1,106.00 |
| 7/1/2015 | 0.4 | CND | Review organic docs provided by Ross Ewaniuk | 395.00 | 158.00 |
| 7/2/2015 | 3.2 | RSG | Drafting the mining lease; telephone calls Pat, Chris, Sebastian Dufort, stock transfer agent; | 395.00 | 1,264.00 |
| 7/2/2015 | 2.2 | CND | Draft, revise & distribute Form 8-K; receive comments; revise and distribute; relay conclusion of need to file Schedule 14-F Change of Control Information Statement | 395.00 | 869.00 |
| 7/3/2015 | 2 | RSG | Redrafting the mining lease; telephone calls Chris, Carl; Revision of 14F, Revision of 8K | 395.00 | 790.00 |
| 7/3/2015 | 0.3 | CND | Coordinate Form 8-K filing; exchange of emails and phone calls with working party members and Mr. Benedict | 395.00 | 118.50 |
| 7/5/2015 | 4.8 | RSG | Redrafting the mining lease; telephone calls Pat and Chris; redrafting of David Rumbold agreements; revisions to master spreadsheet; Calculations of cost per share; preparation of share issuance resolutions | 395.00 | 1,896.00 |
| 7/5/2015 | 0.6 | CND | Coordinate open issues & timing of Schedule 14-F Change of Control Information Statement; collect models exchange of emails with working party members | 395.00 | 237.00 |
| 7/6/2015 | 4.8 | RSG | Redrafting the David Rumbold Warrant agreement; Preparation of Section 4(a)(1) opinion; Preparation of share issuance resolutions | 395.00 | 1,896.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 7/6/2015 | 3.5 | CND | Continue coordination of needed input to Schedule 14-F Change of Control Information Statement; exchange of emails and phone calls; prepare initial draft of 14-F | 395.00 | 1,382.50 |
| 7/7/2015 | 4.6 | RSG | Preparation of share issuance resolutions; email exchange with OTC markets, Byron Wong; telephone calls Pat and Chris. Filling out stock transfer agent forms; exchange with stock transfer agent completing forms for share issuances. Assembling documents to be executed; revisions to the SEC form 14 F and SEC form 8K | 395.00 | 1,817.00 |
| 7/7/2015 | 2.7 | CND | Revise draft 14-F and forward to working party members with detailed cover email; coordinate open issues and follow-up (including Forms ID re SEC codes) with Messrs. Goulding, Trinka and Benedict | 395.00 | 1,066.50 |
| 7/8/2015 | 3.8 | RSG | Email exchanges with stock transfer agent, David Rumbold, Chris; Gathering signatures on documents and applying same where authorized; telephone calls Pat and Chris | 395.00 | 1,501.00 |
| 7/8/2015 | 2.4 | CND | Receive comments from working party members as to 14-F and Forms ID; revise 14-F and finalize Forms ID and distribute for final review | 395.00 | 948.00 |
| 7/9/2015 | 4.5 | RSG | Email exchanges with stock transfer agent, David Rumbold, Chris; Gathering signatures on, and revisions to, documents and applying same where authorized; telephone calls Pat and Chris; Telephone call Steve Durland | 395.00 | 1,777.50 |
| 7/9/2015 | 2 | CND | Coordinate Form 15 strategy; exchange multiple emails with working party members re accounting engagement decision, continue revisions to Schedule 14-F and file | 395.00 | 790.00 |
| 7/10/2015 | 4.3 | RSG | Preparation of promissory note; review of form 15; telephone call with OTC markets – Byron Wong; telephone call Carl Duncan, Chris; Telephone call Steve Durland; Preparation of OTC markets subscription services agreement; review financial statements; Telephone call Sebastian Dufort and Robert Trinka | 395.00 | 1,698.50 |
| 7/10/2015 | 1.8 | CND | Draft Form 15 and distribute; multiple emails and phone calls with working party members re input and filing | 395.00 | 711.00 |
| 7/11/2015 | 1 | RSG | Email; Review documents | 395.00 | 395.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| | Due Date |
|---|---|
| | 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 7/13/2015 | 3.8 | RSG | Telephone calls and email with Chris; telephone calls and email with David Rumbold; Preparation of OTC markets reports | 395.00 | 1,501.00 |
| 7/14/2015 | 4.2 | RSG | Preparation of OTC markets reports; Telephone calls and email with Chris; email with David Rumbold | 395.00 | 1,659.00 |
| 7/14/2015 | 1.3 | CND | Substantive review of Tarquinio bio, including "puffery" concern and suggestion to re-write to make sure information is 100% accurate; exchange multiple emails with Messrs. Goulding and Tarquinio | 395.00 | 513.50 |
| 7/15/2015 | 2.5 | RSG | Preparation of OTC markets reports; Telephone calls and email with Chris; Telephone calls and emails with OTC markets | 395.00 | 987.50 |
| 7/15/2015 | 0.6 | CND | Send OTCMarkets $2600 payment; significant conclusion over who was advancing and challenges in getting funds to OTC Markets | 395.00 | 237.00 |
| 7/16/2015 | 5.3 | RSG | Telephone calls and email with Chris; Preparation and filing of OTC markets reports; Telephone calls and email with Chris; Telephone calls and emails with OTC markets; Telephone call and email with Joe Poe regarding clearing shares in PhyHealth Corporation | 395.00 | 2,093.50 |
| 7/16/2015 | 0.4 | CND | Review draft Attorney Letter, including assurance representation about having met with Mr. Tarquinio was accurate; exchange of emails & phone call w/Mr. Goulding | 395.00 | 158.00 |
| 7/17/2015 | 1.4 | RSG | Calculation of the share issuance possibilities; telephone calls with Christopher Tarquinio, email with Joe Poe regarding clearing shares in PhyHealth Corporation | 395.00 | 553.00 |
| 7/18/2015 | 2.4 | RSG | Calculation of the share issuance possibilities; telephone calls with Chris and with Chris and Pat; email with Joe Poe regarding clearing shares in PhyHealth Corporation; Review email pertaining to new contract with Alexander | 395.00 | 948.00 |
| 7/19/2015 | 3.2 | RSG | Email exchange; telephone calls with Chris; revisions to contract with Alexander; capital structure | 395.00 | 1,264.00 |

| Total |
|---|
| Payments/Credits |
| **Balance Due** |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 7/20/2015 | 6.3 | RSG | Numerous telephone calls with Chris and conference call with Chris and Pat, detailed analysis of capital structure/share issuances pursuant to Josephine Tarquinio's debt instruments; preparation of various contracts – agreement with Apex Gold, warrant with Apex Gold, Forbearance Agreement, share issuance agreement, securities sales agreement to Apex Gold; telephone calls – Joe Poe, OTCMarkets and related email exchanges | 395.00 | 2,488.50 |
| 7/21/2015 | 2.8 | RSG | Telephone calls, emails, Chris; Telephone calls with Randolph Hudson, Cecilia Schoenbaum@OTCMarkets | 395.00 | 1,106.00 |
| 7/22/2015 | 3.1 | RSG | Telephone calls, emails, Chris; emails, Telephone calls with Randolph Hudson, Cecilia Schoenbaum at OTCMarkets | 395.00 | 1,224.50 |
| 7/23/2015 | 3.6 | RSG | Telephone calls, emails, Chris,Pat; emails; Revisions of proposed press release; Preparation of a contract for Alexander | 395.00 | 1,422.00 |
| 7/24/2015 | 1 | RSG | Telephone calls; emails, Chris | 395.00 | 395.00 |
| 7/25/2015 | 0.3 | RSG | Email exchange | 395.00 | 118.50 |
| 7/26/2015 | 1.8 | RSG | Telephone calls Chris; Rework spreadsheet on Maximum share issuance | 395.00 | 711.00 |
| 7/27/2015 | 2 | RSG | Telephone calls Chris; spreadsheet on share issuances; Email exchanges, Conference call with Chris, Carl Duncan and Pat | 395.00 | 790.00 |
| 7/28/2015 | 3.8 | RSG | Telephone calls Chris; spreadsheet on share issuances; Email exchanges, Conference call with Chris, Carl Duncan and Pat; Preparation of 4 stock purchase agreements, 4 share issuance agreements and share issuance demand | 395.00 | 1,501.00 |
| 7/29/2015 | 2.5 | RSG | Telephone calls Chris; email exchange; Preparation of Section 4(a)(1) opinion letter, Review of rep letters for stock transfer agent; email exchange | 395.00 | 987.50 |
| 7/30/2015 | 0.8 | RSG | Telephone calls Chris, email exchange; Email exchange with Sebastien Dufort | 395.00 | 316.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**
Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 7/31/2015 | 4.8 | RSG | Telephone calls Chris; telephone calls and email exchange with Sebastien Dufort; review agreement with IDGlobal Corporation for the 1,000,000 shares; telephone call with Carl Duncan regarding regulatory concerns of providing consideration to avoid moving restrictive legends or conversions to free trading shares; conference call with Pat and Chris to establish game plan and agreement with certain shareholders of significant holdings; Preparation of simplified spreadsheet to facilitate analysis of shares that may hit the market | 395.00 | 1,896.00 |
| 8/1/2015 | 2 | RSG | Telephone call Glen Merendino; conference call with Chris and Pat discussing strategy concerning stock conversions and legend removals; Revision of spreadsheets for analysis purposes; Telephone call Sebastien Dufort; | 395.00 | 790.00 |
| 8/2/2015 | 4.5 | RSG | Review emails from; telephone calls Chris, Sebastien Dufort; conference call Chris and Pat; preparation of negotiating memorandum; Preparation of, and transmission of, email to various persons having a significant number of shares in the company who could possibly sell within the next 60 to 90 days | 395.00 | 1,777.50 |
| 8/3/2015 | 1.7 | RSG | Email exchanges; telephone call with Chris, Richard Goulding, Sebastien Dufort; Email to registered agent in Delaware | 395.00 | 671.50 |
| 8/4/2015 | 1.4 | RSG | Email to registered agent in Delaware;FINRA filing for name change; telephone call with Chris, registered agent in Delaware; Email and telephone call with Sebastien Dufort | 395.00 | 553.00 |
| 8/5/2015 | 2.4 | RSG | Email to registered agent in Delaware, telephone call with ChrisChris and Pat, registered agent in Delaware; Email and telephone call with Sebastien Dufort | 395.00 | 948.00 |
| 8/7/2015 | 5.7 | RSG | Responses to FINRA; Board of Directors resolution approving FINRA action, shareholders resolution approving FINRA action; research Delaware law; telephone call with Delaware registered agent; telephone call with Chris; Email | 395.00 | 2,251.50 |
| 8/8/2015 | 2 | RSG | Responses to FINRA; Board of Directors resolution approving FINRA action, shareholders resolution approving FINRA action | 395.00 | 790.00 |

| Total |
|---|
| Payments/Credits |
| **Balance Due** |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 8/9/2015 | 2.9 | RSG | Responses to FINRA; Board of Directors resolution approving FINRA action; shareholders resolution approving FINRA action; reviewed email | 395.00 | 1,145.50 |
| 8/10/2015 | 1 | RSG | Reviewed emails from the Delaware registered agent Regarding the reorganization; Telephone call with Chris, review emails; telephone call Kevin Zunt at DTC | 395.00 | 395.00 |
| 8/11/2015 | 0.5 | RSG | Telephone calls Chris, Stephen Durland regarding inconsistencies in the Mining agreement; telephone call Kevin Zunt at DTC | 395.00 | 197.50 |
| 8/12/2015 | 2.8 | RSG | Email Michael Labertew and Joe Poe, transmitting agreements; Telephone calls Chris | 395.00 | 1,106.00 |
| 8/13/2015 | 2 | RSG | Telephone calls Stephen Durland regarding inconsistencies in the Mining agreement And related accounting issues; telephone call Kevin Zunt at DTC; Email Michael Labertew and Joe Poe, transmitting agreements; Telephone calls Chris | 395.00 | 790.00 |
| 8/14/2015 | 1.8 | RSG | Telephone calls, Email Michael Labertew; Telephone calls Chris, Carl Duncan; Emails and telephone call with Sebastien Dufort; conference call with Chris and Pat | 395.00 | 711.00 |
| 8/15/2015 | 0.8 | RSG | Telephone calls, Email Chris, Carl Duncan, Sebastien Dufort | 395.00 | 316.00 |
| 8/16/2015 | 0.5 | RSG | Telephone call with Chris, emails | 395.00 | 197.50 |
| 8/17/2015 | 3.3 | RSG | Review emails from Chris; telephone call with Chris regarding agreements; preparation of a Loan agreement, guarantee agreement and stock pledge agreement; | 395.00 | 1,303.50 |
| 8/18/2015 | 7.2 | RSG | Review emails from Chris; telephone calls with Chris regarding agreements; Calculations regarding share structure necessary to accommodate the Zion capital transaction; Preparation of three agreements for Tom Moore – stock purchase agreement, Forbearance Agreement, Assumption agreement; preparation of share exchange agreements; and Three Stock purchase agreements, telephone calls with and emails to Cory Gerbrandt at Wolterskluwer for Delaware state filing and preparation of amended Articles of Incorporation | 395.00 | 2,844.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Page 13

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 8/19/2015 | 6 | RSG | Review emails from Chris; telephone calls with Chris regarding agreements; acquisition of kapacke Mining LLC; Research of Internal Revenue Code provisions- Designing the acquisition of kapacke Mining agreement to avoid taxability that would otherwise attend a substantial share issuance; Preparation of opinion letter; | 395.00 | 2,370.00 |
| 8/20/2015 | 2.8 | RSG | Preparation of new convertible debenture agreement for Josephine Tarquinio, telephone calls with Chris | 395.00 | 1,106.00 |
| 8/21/2015 | 2.3 | RSG | Telephone call, email exchange with Chris and assembly of documents for Michael Labertew/clearing of shares; email to Michael Labertew | 395.00 | 908.50 |
| 8/22/2015 | 0.6 | RSG | Telephone call, email exchange with Sebastien Dufort | 395.00 | 237.00 |
| 8/24/2015 | 1.5 | RSG | Reviewed financial statements; filed with OTC markets; email exchange with Chris; Telephone call Chris; telephone calls with OTC markets; | 395.00 | 592.50 |
| 8/25/2015 | 1.6 | RSG | Telephone call Chris; telephone calls with OTC markets; email exchange with Michael Labertew, Glen Merendino; Telephone call with and email exchange with Sebastien Dufort | 395.00 | 632.00 |
| 8/26/2015 | 2 | RSG | Telephone calls Chris; email Michael Labertew, Glen Merendino; Telephone call with and email exchange with Sebastien Dufort | 395.00 | 790.00 |
| 8/27/2015 | 3.6 | RSG | Stock purchase agreement for Jon Falco; telephone calls Chris; prepare response to Michael Labertew; Research; telephone call Michael Labertew; telephone call and email Sebastien Dufort; Preparation of supplemental nonaffiliation representation letter for Josephine Tarquinio | 395.00 | 1,422.00 |
| 8/31/2015 | 0.8 | RSG | Telephone calls Chris, Sebastien Dufort; emails | 395.00 | 316.00 |
| 9/1/2015 | 1.4 | RSG | Email exchange and review opinion letter from Michael Labertew; Telephone calls Chris, Sebastien Dufort; emails; Preparation of stock purchase agreement | 395.00 | 553.00 |
| 9/2/2015 | 0.7 | RSG | Email exchange ; Telephone calls Chris, Sebastien Dufort, Pat; emails | 395.00 | 276.50 |
| 9/7/2015 | 0.3 | RSG | Email exchange with Sebastien Dufort | 395.00 | 118.50 |
| 9/8/2015 | 1.2 | RSG | Telephone calls with Chris, Sebastien Dufort | 395.00 | 474.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 15704 |

**Bill To**
Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2015 | 1.8 | RSG | Email exchanges; Telephone calls with Sebastien DuFort, Chris and Aaron McGeary | 395.00 | 711.00 |
| 9/25/2015 | 4.3 | RSG | Telephone calls with Chris; attaching Exhibit a to the Section 4(a)(1) opinion letter and resubmitting; correcting the form for Alpine securities; telephone call with Sebastien Dufort; Conference call with Chris and Pat; email exchange with stock transfer agent; further revisions to demand letter to the stock transfer agent concerning the IDGlobal shares; Cancellation letter to Zion, etc | 395.00 | 1,698.50 |
| 9/28/2015 | 2.8 | RSG | Telephone calls with Chris; telephone call Sebastien Dufort; emails to stock transfer agent; Letter to Kapacke Investors | 395.00 | 1,106.00 |
| 9/29/2015 | 4.2 | RSG | Telephone calls with Chris; telephone call Sebastien Dufort; emails to stock transfer agent; email Communications with Zion capital; telephone calls and emails to stock transfer agent; preparation of stock cancellation/stop transfer instructions to stock transfer agent | 395.00 | 1,659.00 |
| 9/30/2015 | 1.5 | RSG | Email exchange with stock transfer agent;Email and telephone call with Ray Purdon; telephone call with Chris | 395.00 | 592.50 |
| 10/1/2015 | 1.9 | RSG | Review contracts from IR related people; Telephone calls with Chris and telephone call with Ray Purdon; telephone call Sebastien Dufort; emails | 395.00 | 750.50 |
| 10/2/2015 | 1.5 | RSG | Telephone call with Sebastien Dufort; telephone call with Chris | 395.00 | 592.50 |
| 10/3/2015 | 0.3 | RSG | Email | 395.00 | 118.50 |
| 10/5/2015 | 0.3 | RSG | Email exchange | 395.00 | 118.50 |
| 10/6/2015 | 0.4 | RSG | Telephone call Chris | 395.00 | 158.00 |
| 10/7/2015 | 0.3 | RSG | Telephone call Chris | 395.00 | 118.50 |
| 10/8/2015 | 0.6 | RSG | Telephone calls Sebastien DuFort, Chris | 395.00 | 237.00 |
| 10/9/2015 | 0.7 | RSG | Telephone call Chris, Email exchange; Email from stock transfer agent | 395.00 | 276.50 |
| 10/12/2015 | 2.8 | RSG | Telephone calls with Chris; conference call with Chris and Pat; review responses to FINRA and various certifications necessary for response for the name change, and symbol change, Calculation of share voting percentage for shareholder action | 395.00 | 1,106.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**

Osceola Gold

**Due Date**

11/10/2015

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2015 | 0.6 | RSG | Telephone call Chris; telephone call Sebastien DuFort | 395.00 | 237.00 |
| 10/14/2015 | 1 | RSG | Telephone calls Chris; telephone call Sebastien DuFort; emails | 395.00 | 395.00 |
| 10/15/2015 | 1.2 | RSG | Notice of cancellation to Ray Purdon; review contracts; telephone call Chris; Telephone calls Sebastien DuFort and his attorney Aaron McGeary | 395.00 | 474.00 |
| 10/16/2015 | 1.6 | RSG | Telephone calls Chris; Preparation of stock purchase agreement for Halper | 395.00 | 632.00 |
| 10/19/2015 | 0.7 | RSG | Telephone calls with in emails with Chris | 395.00 | 276.50 |
| 10/20/2015 | 1.4 | RSG | Telephone calls with Chris; Notice to Ray Purdon; Text message to Glen Merendino | 395.00 | 553.00 |
| 10/21/2015 | 2.5 | RSG | Telephone calls Chris; new investors and their attorney; assembling due diligence materials and transmitting same | 395.00 | 987.50 |
| 10/22/2015 | 1.8 | RSG | Telephone calls Chris, Pat; telephone call and email with William Haseltine, on behalf of Ray Purdon; email new investors' attorney; assembling due diligence materials and transmitting same; email | 395.00 | 711.00 |
| 10/23/2015 | 2.4 | RSG | Telephone calls Chris, Pat, Glen, PhyHealth/Osceola Gold investor conference call; preparation of contract | 395.00 | 948.00 |
| 10/27/2015 | 1.2 | RSG | Preparation of a stock purchase agreement Vincent Musarra; Telephone call with Chris; | 395.00 | 474.00 |
| 10/28/2015 | 2.7 | RSG | Telephone calls with Chris; Preparation of Tom More share issuance demand; Updated opinion letter; Email from Robert Trinka; Revisions to master spreadsheet; revision to stock purchase agreement. | 395.00 | 1,066.50 |
| 10/29/2015 | 1.8 | RSG | Telephone calls Chris, Pat; sending out Zion lending agreements as executed; Telephone call Robert Trinka, emails. | 395.00 | 711.00 |
| 10/30/2015 | 0.1 | RSG | Telephone call Chris | 395.00 | 39.50 |
| 10/31/2015 | 0.2 | RSG | Telephone call Chris | 395.00 | 79.00 |
| 11/2/2015 | 1.3 | RSG | Telephone calls Chris; Name change with OTC Markets; Changing the Section 4(a)(1) opinion letter | 395.00 | 513.50 |
| 11/3/2015 | 1 | RSG | Telephone calls Chris; Email exchange with Chris | 395.00 | 395.00 |
| 11/4/2015 | 0.7 | RSG | Telephone call and conferenced with Sebastien DuFort | 395.00 | 276.50 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.
1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2015 | 157041 |

**Bill To**
Osceola Gold

| Due Date |
|---|
| 11/10/2015 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 11/5/2015 | 2 | RSG | Telephone calls Chris; Email exchange with Chris; telephone call with Robert Trinka, Telephone call with Stephen Durland; Email to Robert Trinka, telephone call with Sebastien Dufort | 395.00 | 790.00 |
| 11/6/2015 | 0.9 | RSG | Telephone call with Chris, Pat; email | 395.00 | 355.50 |
| 11/7/2015 | 0.2 | RSG | Telephone call Pat | 395.00 | 79.00 |
| 4/27/2015 | | | to Steve Durland | ****** | 2,500.00 |
| 6/9/2015 | | | OTC Markets fee | ****** | 2,600.00 |
| 6/10/2015 | | | to Uptick News Wire | 359.00 | 359.00 |
| 7/9/2015 | | | CT Corp fee | 729.63 | 729.63 |
| | | | Total Reimbursable Expenses | | 6,188.63 |

| Total | $202,780.13 |
|---|---|
| Payments/Credits | -$62,500.00 |
| **Balance Due** | $140,280.13 |