# EXHIBIT G

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 11/9/2015 | 2 | RSG | Email exchange; Telephone calls with Pat, Chris And Tom More; Preparation of share issuance demand letter for Tom More | 395.00 | 790.00 |
| 11/10/2015 | 0.5 | RSG | Email exchange; Telephone call Pat, Glen | 395.00 | 197.50 |
| 11/11/2015 | 0.2 | RSG | Email exchange | 395.00 | 79.00 |
| 11/12/2015 | 0.5 | RSG | Email exchange | 395.00 | 197.50 |
| 11/13/2015 | 1.4 | RSG | Telephone calls with Pat, Chris; email exchanges mostly with regard to records and financial statements; email with Chris | 395.00 | 553.00 |
| 11/14/2015 | 0.8 | RSG | Assembling documents for name change corporate actions with FINRA; Email exchange | 395.00 | 316.00 |
| 11/15/2015 | 1.4 | RSG | Email exchange; Telephone calls with Steve Durland, Pat | 395.00 | 553.00 |
| 11/16/2015 | 1.6 | CND | Review accounting input, coordinate needed follow-up with Messrs. Goulding and Durland and collect associated model docs once funding contemplated received | 395.00 | 632.00 |
| 11/16/2015 | 4.1 | RSG | Email exchange; Telephone calls with Steve Durland, Pat, Chris; Telephone call, emails with OTC markets; email exchange and analyses regarding share issuances and related expensing; preparation of form for additional time to file quarterlies; Preparation and filing of notification of late filing, with the OTC Markets; | 395.00 | 1,619.50 |
| 11/17/2015 | 1.1 | RSG | Email exchange; Telephone calls with Steve Durland, Chris; Telephone call, | 395.00 | 434.50 |
| 11/18/2015 | 0.6 | RSG | Email exchange; Telephone calls with Steve Durland, Pat, Chris; | 395.00 | 237.00 |
| 11/19/2015 | 0.8 | RSG | Email exchange; Telephone calls with Steve Durland, Pat, Chris; | 395.00 | 316.00 |
| 11/20/2015 | 0.8 | RSG | Telephone call Robert Trinka; text messages exchanges; emails from Stephen Durland and from Chris | 395.00 | 316.00 |
| 11/21/2015 | 1.8 | RSG | Preparation of additional agreement for Tom More; text message exchange with Pat | 395.00 | 711.00 |
| 11/22/2015 | 0.8 | RSG | Text messages exchange with Pat and with Glen Merendino; Telephone call with Steve Durland regarding OTCMarkets filings and especially the financial statements | 395.00 | 316.00 |

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/2015 | 1.4 | RSG | Text messages exchange with Pat and Chris; Telephone call with Steve Durland, and with Chris, regarding OTCMarkets filings; Filing quarterly report and financial statements with OTC Markets; Telephone call with ebastien DuFort | 395.00 | 553.00 |
| 11/24/2015 | 2.3 | RSG | Text messages exchange with Pat and Chris; Email exchange with stock transfer agent regarding format of Tom More opinion letter; Revisions to Tom More opinion letter; Text messages and telephone call with Glen Merendino | 395.00 | 908.50 |
| 11/25/2015 | 1.8 | RSG | Telephone call Sebastien DuFort; email exchange with stock transfer agent; exchange with Robert Trinka, | 395.00 | 711.00 |
| 11/26/2015 | 2 | RSG | Text messages with Pat, Chris, Richard Goulding; email to Sebastien DuFort, Pat and Chris | 395.00 | 790.00 |
| 11/27/2015 | 1 | RSG | Text messages with Pat, Chris; Telephone call Sebastien DuFort; email exchange with stock transfer agent; exchange with Robert Trinka, | 395.00 | 395.00 |
| 11/28/2015 | 0.8 | RSG | Text messages with Pat, Chris; Telephone call Sebastien DuFort; | 395.00 | 316.00 |
| 11/29/2015 | 2.8 | RSG | email exchange and text exchange; revisions to Exhibit to the opinion letter for Tom More share issuances; Review of addendum and changes; conference call | 395.00 | 1,106.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2015 | 3.8 | RSG | Email exchange; Conference call pertaining to the addendum and necessary revisions to the Secured Promissory Note and related documents; text exchanges and email exchanges; revisions to the Secured Promissory Note and related documents; Telephone call with Sebastien Dufort; Ron Logan; conference call with Ron Logan and Sebastien DuFort | 395.00 | 1,501.00 |
| 12/1/2015 | 1.8 | RSG | Text exchange; Email exchange; | 395.00 | 711.00 |
| 12/2/2015 | 0.7 | RSG | Text exchange; Email exchange; Telephone call with Sebastien Dufort | 395.00 | 276.50 |
| 12/3/2015 | 0.5 | RSG | Text exchange; Email exchange; | 395.00 | 197.50 |
| 12/4/2015 | 0.8 | RSG | Text exchange; Email exchange; Telephone call with Randy Johnson | 395.00 | 316.00 |
| 12/5/2015 | 0.5 | RSG | Faxes from Randy Johnson; telephone call Chris | 395.00 | 197.50 |
| 12/6/2015 | 0.3 | RSG | Email exchange with Chris | 395.00 | 118.50 |
| 12/7/2015 | 1.2 | RSG | Review opinion letter for Vincent Musarra shares; Email/text exchange; telephone call with Ron Logan | 395.00 | 474.00 |
| 12/8/2015 | 0.5 | RSG | Email/text exchange; telephone call with Sebastien Dufort | 395.00 | 197.50 |
| 12/9/2015 | 0.6 | RSG | Email/text exchange; telephone call with Sebastien Dufort | 395.00 | 237.00 |
| 12/10/2015 | 1 | RSG | Conference calls with Pat and Chris; Email/text exchange; telephone call with Sebastien Dufort, Todd Horberg | 395.00 | 395.00 |

| Total |
|---|
| **Payments/Credits** |
| **Balance Due** |

Securities Counselors, Inc.

# Invoice

1333 Sprucewood Lane
Deerfield IL 60015

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2015 | 1 | RSG | Email/text exchange Pat and Chris; telephone calls with Sebastien Dufort, Robert Trinka | 395.00 | 395.00 |
| 12/14/2015 | 1.2 | RSG | Email exchange; telephone call Tracy | 395.00 | 474.00 |
| 12/15/2015 | 1.5 | RSG | Text exchanges | 395.00 | 592.50 |
| 12/16/2015 | 0.5 | RSG | Text exchanges | 395.00 | 197.50 |
| 12/17/2015 | 1.5 | RSG | Text exchanges; telephone call with Chris; telephone call with Ron Logan; telephone call with Carl Duncan | 395.00 | 592.50 |
| 12/18/2015 | 0.9 | RSG | Text exchanges; telephone call with Carl Duncan | 395.00 | 355.50 |
| 12/19/2015 | 0.6 | RSG | Text exchanges; | 395.00 | 237.00 |
| 12/21/2015 | 0.7 | RSG | Telephone calls, emails with Chris And with investors | 395.00 | 276.50 |
| 12/22/2015 | 1.8 | RSG | Telephone calls, emails with Chris And with investors | 395.00 | 711.00 |
| 12/24/2015 | 0.6 | RSG | Text message; Telephone call Chris; emails with investors | 395.00 | 237.00 |
| 12/26/2015 | 2.8 | RSG | Text messages exchanges; Telephone call Chris; emails with; Revision of memorandum concerning Settlement with shareholders/funding mechanism for Pizz Inc.; Conference call with Chris and Pat | 395.00 | 1,106.00 |
| 12/27/2015 | 3.2 | RSG | Revision of memorandum concerning Settlement with shareholders/funding mechanism for Pizz Inc.; Conference call with Chris and Pat | 395.00 | 1,264.00 |

| Total |
|---|
| **Payments/Credits** |
| **Balance Due** |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/2015 | 1.7 | RSG | Review addendum; telephone call Chris, telephone call Pat; telephone call Jim Cupp; Email exchange | 395.00 | 671.50 |
| 12/30/2015 | 0.2 | RSG | Email exchange regarding OTCMarkets invoice | 395.00 | 79.00 |
| 12/31/2015 | 1.1 | RSG | Text message exchange; telephone call Chris; conference call Chris and Pat; Email | 395.00 | 434.50 |
| 1/2/2016 | 0.2 | RSG | Text message exchange; | 395.00 | 79.00 |
| 1/3/2016 | 0.4 | RSG | Conference call with Pat and Chris | 395.00 | 158.00 |
| 1/4/2016 | 1.7 | RSG | Conference call with Pat and Chris; Email exchanges; telephone calls with Ron Logan; research status of litigation | 395.00 | 671.50 |
| 1/5/2016 | 2.2 | RSG | Conference call with Pat and Chris; Email exchanges; telephone calls with Ron Logan And investors; research status of litigation; Research on Zion | 395.00 | 869.00 |
| 1/6/2016 | 0.2 | RSG | Telephone call and email exchange with Chris | 395.00 | 79.00 |
| 1/7/2016 | 1.5 | RSG | Telephone call and email exchange with Chris; Conference call with Pat and Chris; Email exchanges; telephone call with Ron Logan, Tracey; Conference call with investors; | 395.00 | 592.50 |
| 1/8/2016 | 1.5 | RSG | Telephone call and email exchange with Chris; Conference call with Pat and Chris; ; Text messages; stock purchase agreements; telephone call with Glen Merendino | 395.00 | 592.50 |
| 1/9/2016 | 0.3 | RSG | Text message exchange | 395.00 | 118.50 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/11/2016 | 0.4 | RSG | Conference call Pat and Chris | 395.00 | 158.00 |
| 1/12/2016 | 0.2 | RSG | Telephone call Chris | 395.00 | 79.00 |
| 1/13/2016 | 1.3 | RSG | Telephone call Chris, Glen Merendino, Sebastien DuFort, Richard Goulding, David Goulding, Ron Logan | 395.00 | 513.50 |
| 1/14/2016 | 1.2 | RSG | Telephone call Chris, Glen Merendino, Sebastien DuFort, Ron Logan | 395.00 | 474.00 |
| 1/17/2016 | 0.5 | RSG | Text exchange; email exchange with T Hsiao | 395.00 | 197.50 |
| 1/18/2016 | 1 | RSG | Text exchange; email exchange with T Hsiao; Telephone call Glen Merendino, Pat | 395.00 | 395.00 |
| 1/19/2016 | 1.9 | RSG | Text exchange; email exchange Glen Merendino, Pat; Telephone call Chris; R. Trinka, R. Goulding, S. Dufort | 395.00 | 750.50 |
| 1/21/2016 | 2 | RSG | Email exchange with Chris; Text exchange; preparation of filing with FINRA and filing; Telephone call with Glen Merendino; Telephone call with Ron Logan and with Carl Duncan | 395.00 | 790.00 |
| 1/22/2016 | 1 | RSG | Telephone calls with Glen Merendino, Chris; Telephone call with Ron Logan | 395.00 | 395.00 |
| 1/24/2016 | 0.1 | RSG | Email to Ron Logan | 395.00 | 39.50 |
| 1/25/2016 | 0.9 | RSG | Email exchange with Ron Logan, Jeffrey A. McKee and with Chris; telephone call with Glen Merendino | 395.00 | 355.50 |

| Total |
|---|
| **Payments/Credits** |
| **Balance Due** |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 1/26/2016 | 0.9 | RSG | Telephone calls and email with Ron Logan; conference call with Pat and Chris; email exchange with Chris and Pat | 395.00 | 355.50 |
| 1/27/2016 | 1.2 | RSG | Preparation of response to FINRA; review document request from stock transfer agent; email exchange and text exchange with Pat and Chris; telephone call Robert Trinka and Ron Logan; telephone calls with Chris; | 395.00 | 474.00 |
| 1/28/2016 | 2.8 | RSG | Preparation of response to FINRA; Text exchange with Pat; telephone call Robert Trinka and Ron Logan; telephone calls with Chris; review of documents from Ron Logan for possible settlement; Telephone call with Ron Logan | 395.00 | 1,106.00 |
| 1/29/2016 | 1.8 | RSG | Email exchange; Preparation of Release with investors; telephone call with an investor; telephone calls with Ron Logan; conference call with Ron Logan and Chris and Pat; conference call with Glen Merendino, Chris and Pat; telephone call with Glen Merendino; preparation of release; telephone call Chris; telephone calls with Chris; | 395.00 | 711.00 |
| 2/1/2016 | 1.4 | RSG | Email exchange/text exchange; conference call with Pat and Chris; telephone call with Sebastien Dufort | 395.00 | 553.00 |
| 2/2/2016 | 1.8 | RSG | Email exchange; telephone calls Pat, Chris, Ron Logan, Sebastien DuFort; Email exchange with stock transfer agent; ; preparation of settlement agreement, stipulation for dismissal and judgment order | 395.00 | 711.00 |
| 2/3/2016 | 2.4 | RSG | Email exchange; telephone calls Pat, Carl Duncan, Chris, Ron Logan, Sebastien DuFort; preparation of settlement agreement, stipulation for dismissal and judgment order | 395.00 | 948.00 |

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2016 | 1.1 | RSG | Telephone call and email exchange with Chris and Pat; telephone calls with Ron Logan, Sebastien DuFort; review of judgment order draft; Transmission to Delaware Secretary of State regarding name change | 395.00 | 434.50 |
| 2/5/2016 | 1.7 | RSG | Telephone call and email exchange with Chris and Pat; telephone calls with Ron Logan, Sebastien DuFort; revision of Settlement documents; email exchanges; email exchange Delaware Secretary of State regarding name change | 395.00 | 671.50 |
| 2/7/2016 | 2.7 | RSG | Telephone call with Chris; Preparation of Release of all claims for Osceola gold/Kapacke Mining investors | 395.00 | 1,066.50 |
| 2/8/2016 | 1.7 | RSG | Telephone call with Randy Johnson; email exchange; review Delaware corporate filing for name change; Telephone call with Chris; ; Review of revised documents for Capaldi settlement | 395.00 | 671.50 |
| 2/9/2016 | 2.8 | RSG | Email exchange regarding Capaldi settlement; Conference call with Pat and Chris; Telephone call and email exchange with Carl Duncan; Preparation of response to FINRA; telephone calls with Chris, T. Horberg; Telephone call Ron Logan | 395.00 | 1,106.00 |
| 2/10/2016 | 0.9 | RSG | Email exchange regarding Capaldi settlement; Telephone call and email exchange with Carl Duncan; Telephone call with Chris; Telephone call Ron Logan; | 395.00 | 355.50 |
| 2/11/2016 | 1.1 | RSG | Email exchange regarding Capaldi settlement And exchanging settlement documents; Telephone call and email exchange with Carl Duncan; Telephone call with Chris, T. Horberg; Telephone call Ron Logan; Telephone calls with Sebastien Dufort, Carl Duncan | 395.00 | 434.50 |

| Total |
|---|
| **Payments/Credits** |
| **Balance Due** |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2/12/2016 | 1.6 | RSG | Email exchange regarding Capaldi settlement; Telephone call and email exchange with Carl Duncan; Telephone call with Chris, T. Horberg; Telephone call Ron Logan; Telephone calls with Sebastien Dufort, Carl Duncan | 395.00 | 632.00 |
| 2/13/2016 | 0.2 | RSG | Text exchange, email | 395.00 | 79.00 |
| 2/14/2016 | 0.4 | RSG | email and text exchanges | 395.00 | 158.00 |
| 2/15/2016 | 3.8 | RSG | email and text exchanges; Telephone call with Chris; conference call with Chris and Pat; email exchange with Carl Duncan; Telephone call with Glen Merendino; Revision to planning memorandum for contracts | 395.00 | 1,501.00 |
| 2/16/2016 | 1.8 | RSG | Text exchanges and telephone call with Pat; telephone call with Rob Rozinski; preparation of outline/memorandum | 395.00 | 711.00 |
| 2/17/2016 | 2.4 | RSG | Email and text message exchange; conference call with Pat and Chris; telephone call Chris, and investors; preparation of memorandum concerning transaction with participating shareholders | 395.00 | 948.00 |
| 2/18/2016 | 2.9 | RSG | Email and text message exchange; conference call with Glen, Pat and Chris; telephone call Chris, and investors; preparation of memorandum concerning transaction with participating shareholders; Email concerning the lawsuits; Telephone call and email exchange with Todd Horberg, Sebastien DuFort; telephone call and email exchange with Ron Logan | 395.00 | 1,145.50 |

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2016 | 2.4 | RSG | Email and text message exchange; telephone call Glen, Pat and Chris and investors; Email concerning the lawsuits; Telephone call and email exchange with Sebastien DuFort; telephone call and email exchange with Ron Logan; Google search and lawsuit filing search through CM/ECF system regarding Zion Capital and Solomon; | 395.00 | 948.00 |
| 2/20/2016 | 0.3 | RSG | Email and text message exchange; telephone call and text message exchange with Ron Logan | 395.00 | 118.50 |
| 2/21/2016 | 0.4 | RSG | Telephone call Glen Merendino, Sebastien DuFort; email exchange | 395.00 | 158.00 |
| 2/22/2016 | 1.8 | RSG | Telephone call Glen Merendino; Email exchange; Telephone call R. Logan, Sebastien DuFort | 395.00 | 711.00 |
| 2/23/2016 | 0.5 | RSG | Telephone call with Robert Trinka | 395.00 | 197.50 |
| 2/24/2016 | 0.1 | RSG | Telephone call with Chris; conference call with Chris and new attorney | 395.00 | 39.50 |
| 2/26/2016 | 0.2 | RSG | Email exchange | 395.00 | 79.00 |
| 2/29/2016 | 0.8 | RSG | Email exchange and telephone calls from investors; email exchange | 395.00 | 316.00 |
| 3/1/2016 | 2.2 | RSG | Transmission of documents to, and email exchange with, Josh Briner | 395.00 | 869.00 |
| 3/2/2016 | 0.1 | RSG | Email exchange | 395.00 | 39.50 |
| 3/4/2016 | 1.8 | RSG | Email exchange with Pat; telephone calls with Robert Trinka and Sebastien DuFort | 395.00 | 711.00 |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

Securities Counselors, Inc.

1333 Sprucewood Lane
Deerfield IL 60015

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2016 | 157044 |

| Bill To |
|---|
| Osceola Gold |

| Due Date |
|---|
| 3/19/2016 |

| Serviced | Qty | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2016 | 0.1 | RSG | Telephone call with Sebastien Dufort | 395.00 | 39.50 |
| 2/8/2016 | | | PURCHASE AUTHORIZED ON 02/05 DELAWARE DIV OF CO 302-7393077 DE S386036754500067 CARD 8215 | 294.00 | 294.00 |

| | |
|---|---|
| **Total** | $50,893.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50,893.50 |