# EXHIBIT H

# Statement

Securities Counselors, Inc.

| Date |
|---|
| 3/19/2016 |

**To:**
Osceola Gold

| Amount Due | Amount Enc. |
|---|---|
| $191,173.63 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/31/2014 | Balance forward | | 0.00 |
| 01/26/2015 | PMT | -17,500.00 | -17,500.00 |
| 04/15/2015 | DEP D & S RESOURCES INC. | -12,500.00 | -30,000.00 |
| 06/30/2015 | PMT | -25,000.00 | -55,000.00 |
| 08/03/2015 | PMT #D & S RESOURCES. | -3,100.00 | -58,100.00 |
| 11/06/2015 | DEP | -2,500.00 | -60,600.00 |
| 11/10/2015 | INV #157041. Due 11/10/2015. | 202,780.13 | 142,180.13 |
| 01/21/2016 | DEP | -400.00 | 141,780.13 |
| 01/21/2016 | DEP from D & S Resources | -1,500.00 | 140,280.13 |
| 03/19/2016 | INV #157044. Due 03/19/2016. | 50,893.50 | 191,173.63 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 50,893.50 | 0.00 | 0.00 | 0.00 | 140,280.13 | $191,173.63 |