UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Securities Counselors, Inc
                          Plaintiff,

v.                                             Case No.: 1:16–cv–04860
                                                  Honorable Sidney I. Schenkier

Osceolo Gold, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: ENTER MEMORANDUM OPINION AND ORDER. Plaintiff's motion to dismiss and strike (doc. #[33]) is granted in part and denied in part. We grant the motion to strike defendants' first affirmative defense, which we dismiss with prejudice. We grant the motion to strike the fourth, fifth and seventh affirmative defenses and to dismiss Counterclaims I and II without prejudice, and with leave to replead by 3/14/17 if defendants can do so consistent with Rule 11. In all other respects, the motion is denied. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.