UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Securities Counselors, Inc

                      Plaintiff,

v.                                           Case No.: 1:16–cv–04860
                                                      Honorable Sidney I. Schenkier

Osceolo Gold, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: Final Pretrial Conference held. Defendants' counsel, Joshua D. Brinen, appears by telephone conference. For the reasons stated on the record: (1) we decline to reopen discovery in order that plaintiff may depose witnesses on his may call witness list who are outside the Court's subpoena power; (2) we will allow plaintiff, who is an attorney proceeding pro se, to offer his testimony by a narrative, subject to the restrictions identified on the record; (3) by 10/31/17, defense counsel shall deliver to chambers a copy of the Goulding deposition, highlighting the excerpts being offered as admissions; (4) objections to DX1–DX6 are reserved for trial; (5) plaintiff's contested motions in limine nos. 1–5 are denied, No. 6 is granted; and (6) Defendants' contested motions in limine nos. 6 and 19 are granted, nos. 7–18 are denied (subject to the comments on the record concerning what testimony covered by nos. 16–18 may be offered and the following briefing schedule set in nos. 20 and 21: plaintiff's response is due by 9/15/17 and defendants' reply is due by 9/20/17. The matter is set for a two day bench trial to commence on 11/14/17 at 9:30 a.m. in Courtroom #1843. By no later than 10/31/17, the parties shall file (with a courtesy copy to chambers) their proposed findings of fact and conclusions of law. The parties are further encouraged to meet and confer with respect to settlement. If prior to the bench trial the parties are interested in participating in a settlement conference, then they are to contact chambers to schedule a date. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.